UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD J. STEPHAN,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>SOUTHERN NEVADA FIRE<br>PROTECTION INC.,<br><br>　　　　　　Defendant(s). | Case No. 2:14-cv-01886-RFB-NJK<br><br>ORDER DENYING STIPULATION<br><br>(Docket No. 21) |

　　　　Pending before the Court is the stipulation to extend various deadlines set in the scheduling order. Docket No. 21. The stipulation was filed on April 9, 2015, and seeks to extend, *inter alia*, the expert disclosure deadline currently set for April 9, 2015. *See id.* The Local Rules make plain that requests to extend deadlines established in the scheduling order must be filed at least 21 days before the expiration of the subject deadline. Local Rule 26-4. The Court previously explained that to counsel in this case, and counsel filed certifications that they understand Local Rule 26-4. *See* Docket Nos. 12-14. Nonetheless, the pending stipulation fails to acknowledge the untimeliness of the stipulation and fails to establish excusable neglect for the Court to grant the relief sought. *Cf.* Local Rule 26-4 (untimely requests for extensions require a showing of excusable neglect). Accordingly, the stipulation for an extension is hereby DENIED without prejudice.

　　　　IT IS SO ORDERED.

　　　　DATED: April 13, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge